JUDGE ROBINSON                    **10 CV   4768**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SunTrust Bank,                                               st9563

                Plaintiff,

                                        CASE NO.

    - against -

M/V AMISTAD, her engines, tackle, apparel,         IN ADMIRALTY
appurtenances, etc., having Official No. 910075,
and Hull Serial No. HATCT311C686, *in rem,* and
SHARPE JAMES, *in personam,*

                Defendant.

------------------------------------------------------------X

## RULE 7.1 STATEMENT

      Pursaunt to Rule 7.1 (formerly Rule 1.9 and Local General Rule 9) of the United States District Court for the Southern and Eastern Districts of New York, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, SunTrust Bank, certifies that the following are corporate parents, subsidiaries or affiliates of said party which are publicly held:

### SEE ATTACHED

Dated: Patchogue, New York
        June 4, 2010

                                  ROE TAROFF TAITZ & PORTMAN, LLP
                                  Attorneys for Plaintiff SunTrust Bank
                                  Office and Post Office Address
                                  31 Oak Street, Suite 20, P.O. Box 352
                                  Patchogue, NY 11772
                                  (631) 475-4400 (phone)
                                  (631) 475-9882 (fax)

                                  By:_____
                                      STEVEN TAITZ, ESQ. (st9563)

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | | | | |
|---|---|---|---|---|
| **SunTrust Banks, Inc. (0140)** | | | | Atlanta, GA |
| **Direct Non Bank Subsidiaries** | | | | |
| 100% | GenSpring Holdings, Inc. (0040) | | | Palm Beach Gardens, FL |
| | 100% | GenSpring International, LLC (0055) | | Miami, FL |
| | 100% | Teton Trust Company (0043) | | Jackson, WY |
| | | 100% | TTC & Co L.L.C. | Jackson, WY |
| | 71.54% | GenSpring Family Offices, L.L.C. (0041) | | Jupiter, FL |
| | | 100% | Inlign Wealth Management, LLC | Phoenix, AZ |
| | | 51% | GenSpring Charleston, LLC (0060) | Charleston, SC |
| 100% | SunTrust Capital I | | | Atlanta, GA |
| 100% | SunTrust Capital II | | | Atlanta, GA |
| 100% | SunTrust Capital III | | | Atlanta, GA |
| 100% | SunTrust Capital IV | | | Atlanta, GA |
| 100% | SunTrust Capital V | | | Atlanta, GA |
| 100% | SunTrust Capital VI | | | Atlanta, GA |
| 100% | SunTrust Capital VII | | | Atlanta, GA |
| 100% | SunTrust Capital VIII | | | Atlanta, GA |
| 100% | SunTrust Capital IX | | | Atlanta, GA |
| 100% | SunTrust Capital X | | | Atlanta, GA |
| 100% | SunTrust Capital XI | | | Atlanta, GA |
| 100% | SunTrust Capital XII | | | Atlanta, GA |
| 100% | SunTrust Capital XIII | | | Atlanta, GA |
| 100% | SunTrust Capital XIV | | | Atlanta, GA |
| 100% | SunTrust Capital XV | | | Atlanta, GA |

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | Direct Non Bank Subsidiaries (continued) | | |
|---|---|---|---|
| 100% | SunTrust Capital XVI | | Atlanta, GA |
| 100% | SunTrust Capital XVII | | Atlanta, GA |
| 100% | SunTrust Preferred Capital I | | Atlanta, GA |
| 100% | GB&T Bancshares Statutory Trust I | | Atlanta, GA |
| 100% | GB&T Bancshares Statutory Trust II | | Atlanta, GA |
| 100% | Southern Heritage Statutory Trust I | | Atlanta, GA |
| 100% | SunTrust Delaware Trust Company (0141) | | Wilmington, DE |
| 100% | SunTrust Robinson Humphrey, Inc. (0003) | | Nashville, TN |
| 100% | SunTrust Insurance Company (0195) | | Chattanooga, TN |
| 99.99% | SunTrust Plaza Associates, LLC (0145) | | Atlanta, GA |
| 100% | SunTrust Institutional Investment Advisors LLC (0507) | | Atlanta, GA |
| 100% | RidgeWorth Capital Management, Inc. (0186) | | Atlanta, GA |
| | 100% | Ceredex Value Advisors LLC (0503) | Orlando, FL |
| | 100% | Certium Asset Management LLC (0504) | Atlanta, GA |
| | 100% | IronOak Advisors LLC (0502) | Richmond, VA |
| | 100% | Seix Investment Advisors LLC (0506) | Upper Saddle River, NJ |
| | | 100% Baker Street CLO 2005-1, Ltd (0512) | Atlanta, GA |
| | 100% | Silvant Capital Management, LLC (0501) | Atlanta, GA |
| | 100% | StableRiver Capital Management LLC (0505) | Atlanta, GA |
| 100% | SunTrust Equity Funding, LLC (0340) | | Atlanta, GA |
| | 100% | CB Dunwoody Landlord, LLC | Atlanta, GA |
| | 100% | CB McQueen Landlord, LLC | Atlanta, GA |
| | 100% | CB Perry Street Landlord, LLC | Atlanta, GA |
| | 100% | CB Portfolio Landlord, LLC | Atlanta, GA |

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | | | |
|---|---|---|---|
| **Direct Non Bank Subsidiaries (continued)** | | | |
| 100% | SunTrust Equity Funding, LLC (continued) | | Atlanta, GA |
| | 100% | EL Greenfield PA Landlord, LLC | Atlanta, GA |
| | 100% | FF Landlord #2, LLC | Atlanta, GA |
| | 100% | FF Landlord #4, LLC | Atlanta, GA |
| | 100% | GP Portfolio Landlord #3, LLC | Atlanta, GA |
| | 100% | HD Findlay OH Landlord, LLC | Atlanta, GA |
| | 100% | HD Westfield MA Landlord, LLC | Atlanta, GA |
| | 100% | HD Salem OR Landlord, LLC | Atlanta, GA |
| | 100% | KS Coatesville PA Landlord, LLC | Atlanta, GA |
| | 100% | New Smyrna Seminoles, LLC | Atlanta, GA |
| | 100% | OG Sikeston MO Landlord, LLC | Atlanta, GA |
| | 100% | ONB Site 1 Landlord, LLC | Atlanta, GA |
| | 100% | ONB Site 45 Landlord, LLC | Atlanta, GA |
| | 100% | ONB Traditional Portfolio Landlord, LLC | Atlanta, GA |
| | 100% | STEF Fund Member, LLC | Atlanta, GA |
| | 100% | STEF Springing Member, LLC | Atlanta, GA |
| | 100% | Springing, Inc. | Atlanta, GA |
| 100% | SunTrust 1031 Exchange Co. | | Richmond, VA |
| 100% | National Commerce Capital Trust I | | Memphis, TN |
| 100% | National Commerce Capital Trust II | | Memphis, TN |
| 100% | ST Management Services India Private Limited  (0015) | | Bangalore, India |
| 100% | SunTrust Outsourcing Management, L.L.C | | Atlanta, GA |

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | | | | Lower Tier Bank Holding Company | |
|---|---|---|---|---|---|
| 100% | | | | SunTrust Bank Holding Company (0444) | Orlando, FL |
| | 100% | | | SunTrust Bank (see pages 4 - 6 for subsidiaries) (0175) | Atlanta, GA |
| | | 100% | | Premium Assignment Corporation (0009) | Tallahassee, FL |
| | | | 100% | Premium Assignment Corporation, II (0014) | Tallahassee, FL |
| | | 100% | | STB Capital, LLC (0154) | Newark, DE |
| | | 100% | | STB Receivables (Central Florida), Inc. (0217) | Newark, DE |
| | | 100% | | STB Management Corporation (0182) | Newark, DE |
| | | | 100% | STB FNC Corporation (0025) | Newark, DE |
| | | | 100% | STB STR Corporation (0709) | Newark, DE |
| | | | 100% | CCBDE, Inc. (0819) | Wilmington, DE |
| | | 100% | | STB Real Estate LLC (0211) | Newark, DE |
| | | | 100% | STB Real Estate Parent LLC (0212) | Newark, DE |
| | | | 100% | STB Real Estate Holdings (Commercial), Inc. (0137) | Newark, DE |
| | | | 100% | STB Holdings (Commercial) TRS, Inc. (0133) | Newark, DE |
| | | | 100% | STB Real Estate Holdings (Household Lending), Inc. (0272) | Newark, DE |
| | | | 100% | STB Holdings (Household Lending) TRS, Inc. | Newark, DE |
| | | | 100% | STB Real Estate Holdings (Residential), Inc. (0184) | Newark, DE |
| | | | 100% | STB Holdings (Residential) TRS, Inc. (0204) | Newark, DE |
| | | 100% | | SunTrust Community Capital, LLC** (0144) | Atlanta, GA |
| | | | 100% | ST CDE II LLC (0662) | Atlanta, GA |
| | | | 100% | ST CDE III LLC | Atlanta, GA |
| | | | 100% | ST CDE IV LLC | Atlanta, GA |
| | | | 100% | ST CDE V LLC | Atlanta, GA |
| | | | 100% | ST CDE VI LLC | Atlanta, GA |
| | | | 100% | ST CDE VII LLC | Atlanta, GA |
| | | | 100% | Transom Development, Inc. (0142) | Raleigh, NC |
| | | | 100% | SunTrust Community Development Enterprises, L.L.C. (0178) | Atlanta, GA |
| | | | 100% | CDC Sassafras Senior, LLC | Atlanta, GA |
| | | | 100% | CDC Retreat at Dry Creek Farm, LLC | Atlanta, GA |
| | | | 100% | CDC JOC Annex, LLC | Atlanta, GA |
| | | | 100% | CDC Whitehall Manor, LLC | Atlanta, GA |
| | | | 100% | CDC Whitehall Apartments, LLC | Atlanta, GA |

**See supplemental list of legal entities.

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | | | | | |
|---|---|---|---|---|---|
| 100% | SunTrust Bank Holding Company (continued) | | | | |
| | 100% | SunTrust Bank (continued) | | | |
| | | 100% | SunTrust Community Capital, LLC (continued) | | Atlanta, GA |
| | | | 100% | CDC Ashford Landing, LLC | Atlanta, GA |
| | | | 100% | STCC Cannery Square Leverage Fund, LLC | Atlanta, GA |
| | | | 100% | CDC Sustainable Fellwood, LLC | Atlanta, GA |
| | | | 100% | Dean Rusk Atlanta Leverage Fund, LLC | Atlanta, GA |
| | | | 100% | CCW Spartanburg Leverage Fund III, LLC | Atlanta, GA |
| | | | 100% | BGCV Valdosta Leverage Fund, LLC | Atlanta, GA |
| | | | 100% | SJMCS Atlanta Leverage Fund, LLC | Atlanta, GA |
| | | | 100% | CDC Manager, Inc.** (0110) | Atlanta, GA |
| | | | | 100% | 98-02 CDC Manager, L.L.C.** | Atlanta, GA |
| | | | | 100% | 2002 CDC Manager, L.L.C.** | Atlanta, GA |
| | | | | 100% | 2003 CDC Manager, L.L.C.** | Atlanta, GA |
| | | | | 100% | 2004 CDC Manager, L.L.C.** | Atlanta, GA |
| | | | | 100% | 2005 CDC Manager, L.L.C.** | Atlanta, GA |
| | | 100% | SunTrust International Banking Company (0109) | | Atlanta, GA |
| | | | 100% | SunTrust Asia, Limited | Atlanta, GA |
| | | 100% | CB Finance, Inc. (0453) | | Newark, DE |
| | | | 100% | Commerce Real Estate Holding Company (0834) | Wilmington, DE |
| | | | 100% | STB Real Estate Parent (MA), Inc. (0420) | Newark, DE |
| | | | | 100% | SunTrust Real Estate Investment Corporation (0026,0408) | Newark, DE |
| | | | | | 100% | STREIC TRS Inc. (0028) | Newark, DE |
| | | | 100% | SunTrust Leasing Corporation (0539) | Towson, MD |
| | | | | 100% | SunTrust Finance NC Corporation (0339) | Atlanta, GA |
| | | | | 100% | SunTrust Equipment Finance & Leasing Corp. (0439) | Towson, MD |
| | | | 100% | CM Finance, L.L.C. (0440) | Newark, DE |
| | | | | 100% | CBP Finance, L.L.C. (0434) | Newark, DE |
| | | | | | 100% | STBE Investments, Inc. (0435) | Wilmington, DE |
| | | 100% | SunTrust Mortgage, Inc. (0432) | | Richmond, VA |
| | | | 100% | ValuTree Real Estate Services, L.L.C. (0436) | Richmond, VA |
| | | | | 100% | SunTrust Lender Management, L.L.C. (0350) | Richmond, VA |
| | | | 51% | Central PA Mortgage, L.L.C. (0372) | Camp Hill, PA |
| | | | 51% | Eastern Virginia Funding, L.L.C. (0379) | Newport News, VA |
| | | | 51% | Gold Service Mortgage, L.L.C. (0381) | Hilton Head Island, SC |
| | | | 51% | Harllon Home Mortgage, L.L.C. (0371) | Williamsburg, VA |
| | | | 51% | Home Financial Group, L.L.C. (0365) | Gallatin, TN |
| | | | 50.1% | OakCrest Mortgage, L.L.C. (0361) | Winchester, VA |

**See supplemental list of legal entities.

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | | | | | |
|---|---|---|---|---|---|
| 100% | SunTrust Bank Holding Company (continued) | | | | |
| | 100% | SunTrust Bank (continued) | | | |
| | | 100% | SunTrust Mortgage, Inc. (continued) | | |
| | | | 51% | Ole South Financial, L.L.C. (0376) | Murfreesboro, TN |
| | | | 51% | Richmond Mortgage Funding, L.L.C. (0373) | Richmond, VA |
| | | | 51% | Sun Home Mortgage, L.L.C. (0366) | West Palm Beach, FL |
| | | | 51% | Virginia First Mortgage Funding, L.L.C. (0374) | Glen Allen, VA |
| | | | 100% | SunTrust Mortgage Securitization, LLC (0132) | Richmond, VA |
| | | | 100% | Safe Harbor Properties, LLC (0632) | Richmond, VA |
| | | 100% | Twin Rivers Insurance Company (0224) | | Charleston, SC |
| | | 100% | SunTrust Procurement Services, L.L.C. (0409) | | Baltimore, MD |
| | | 100% | SunTrust Student Loan Funding, L.L.C. (0410) | | Atlanta, GA |
| | | 100% | Southland Associates, Inc. (0811) | | Durham, NC |
| | | 100% | NBC Market South, Inc. (0814) | | Memphis, TN |
| | | | 100% | NBC Management Company, Inc. (0815) | Memphis, TN |
| | | 100% | National Commerce Bank Services, Inc. (0823) | | Memphis, TN |
| | | | 100% | Prime Performance, Inc. (0825) | Denver, CO |
| | | 100% | SunTrust Securitization Holdings, LLC (0157) | | Atlanta, GA |
| | | 100% | SunTrust Robinson Humphrey Funding, LLC (0159) | | Atlanta, GA |
| | | 100% | Willow/Providence Augusta Apartments Owner, LLC | | Atlanta, GA |
| | | 100% | Courtland Funding, LLC (0172) | | Atlanta, GA |
| | | 100% | SunTrust Auto Receivables, L.L.C. (0116) | | Atlanta, GA |
| | | 100% | Holston River Trading, LLC | | Atlanta, GA |
| | | 100% | SunTrust Total Return Swap Funding, LLC | | Atlanta, GA |
| | | 100% | Freestone Trading, LLC | | Atlanta, GA |
| | | 100% | Double Haul Trading, LLC | | Atlanta, GA |
| | | 100% | Davidson River Trading, LLC | | Atlanta, GA |
| | | 100% | Battenkill Trading, LLC | | Atlanta, GA |
| | | 100% | CRM Properties Manager, LLC | | Atlanta, GA |
| | | | 100% | CRM Hasentree, LLC (0603) | Atlanta, GA |
| | | | 100% | CRM Central Properties, LLC (0600) | Atlanta, GA |
| | | | 100% | CRM Mid-Atlantic Properties, LLC (0601) | Atlanta, GA |
| | | | 100% | CRM Florida Properties, LLC (0602) | Atlanta, GA |
| | | | 100% | CRM Coronado Shores, LLC (0604) | Atlanta, GA |
| | | 100% | Three Pillars Funding, LLC (0400) | | Atlanta, GA |

# SUNTRUST BANKS, INC.
## MARCH 31, 2010

| | | | |
|---|---|---|---|
| 100% | SunTrust Bank Holding Company (continued) | | |
| | 100% | STI Investment Management (Collateral), Inc. (0152) | Newark, DE |
| | | 100% STI Investment Management, Inc. (0153) | Newark, DE |
| | | 100% STI Investment Management (Equity), Inc. (0162) | Wilmington, DE |
| | 100% | CF Finance, L.L.C. (0457) | Newark, DE |
| | 100% | Crestar Capital Trust I | Richmond, VA |
| | 100% | SunTrust Investment Services, Inc. (0170) | Atlanta, GA |
| | 100% | SunTrust Banks Trust Company (Cayman) LTD (0010) | Grand Cayman, Cayman Island, B.W.I. |
| | 100% | SunTrust Personal Loans, Inc. (0156) | Atlanta, GA |
| | 100% | Twin Rivers II, Inc. (0292) | Charleston, SC |
| | 100% | SunTrust Insurance Services, Inc. (0168) | Madison, GA |